# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# CIVIL MINUTES - GENERAL

| Case No.: | 2:24-CV-04988-SB-SSC | Date: | August 9, 2024 |

Title: Michael DePillars v. Trek Bicycle Corporation

Present: The Honorable **STANLEY BLUMENFELD, JR., U.S. District Judge**

| Paul M. Cruz | CourtSmart |
| Deputy Clerk | Court Reporter |

Attorney(s) Present for Plaintiff(s): Evan Jason Smith

Attorney(s) Present for Defendant(s): Rita Kano

**Proceedings: (Minutes of)** Mandatory Scheduling Conference; Motion to Remand [11] **(Held and completed)**

Case called and appearances made. The Court heard argument on Plaintiff's motion to remand (Dkt. No. 11).

For the reasons stated on the record, the Court GRANTS the motion and REMANDS the case to the Superior Court of the State of California for the County of Los Angeles.